B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## MARYLAND

In re  L&L Bakeries, Inc.,
　　　　　　　Debtor

Case No. _____

Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lawrence Rozanski<br>7204 Orkney Parkway<br>Bethesda, Maryland 20817 | | None | | $277,000.00 |
| Pheduc Ngoc<br>10445 Heath Side Way<br>Potomac, Maryland 20854 | | None | | $158,158.74 |
| Nebel Street Limited Partnership<br>7811 Montrose Road Suite 500<br>Potomac, Maryland 20854 | | None | | $57,607.24 |
| Wells Fargo Business Support Group<br>MAC D400403A<br>P.O. 202902<br>Dallas, Texas 75320 | | None | | $18,000.00 |
| American Express<br>P.O. Box 1270<br>Newark, New Jersey 07101 | | None | | $17,505.92 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| BakeMark<br>P.O. Box 702062<br>Philadelphia, Pennsylvania 19178 | None | | $11,586.50 |
| IRS<br>P.O. Box 0012<br>Cincinaati, Ohio 45999 | taxes and certain other debts owed to governmental units | | $11,000.00 |
| State of Maryland Central Collection Unit<br>300 West Preston Street<br>Baltimore, Maryland 21201 | taxes and certain other debts owed to governmental units | | $400.00 |

Date: July 14, 2015

/s/ Lawrence M. Rozanski
Debtor

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of L&L Bakeries, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my information and belief.

Date: July 14, 2015      /s/ Lawrence M. Rozanski
,